1  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
2  700 Broadway
   New York, New York 10003
3  Telephone: 212-558-5000
   Facsimile: 212-344-5461
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND<br>13  PRODUCT LIABILITY LITIGATION | Case No. : 06-5273 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 14 | |
| 15  Richard Meyer, et al., | |
| 16                           Plaintiffs | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| 17  vs. | |
| 18  Pfizer Inc, et al., | |
| 19                           Defendants. | |

20

21     Come now the Plaintiffs Richard Meyer, Frank Gigliotti, Connie Gigliotti, Raymond
22  Davis, Diane Davis, Louise Brown, Melvin Miller, Melanie Miller, Carol Juergenson, Rodney
23  Juergenson, and Ronald Walsh in the above-entitled action and Defendants, by and through the
24  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
25  stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with
26  each side bearing its own attorneys' fees and costs.

27

28

-1-

DATED: 10-25,2009    By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009    _____
Hon. Charles R. Breyer
United States District Court

-2-